UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kim M. Lundberg,

Plaintiff,

v.

Burlington Northern and
Santa Fe Railway Company,
a corporation,

Defendant.

Civil No. 01-2286 (DWF/JSM)

**MEMORANDUM OPINION AND ORDER**

---

Cortney S. LeNeave, Esq., Hunegs, Stone, Koenig & LeNeave, 1650 International Centre, 900 Second Avenue South, Minneapolis, Minnesota 55402, counsel for Plaintiff.

Rodney A. Honkanen, Esq., and Scott H. Rauser, Esq., Spence, Ricke, Sweeney & Gernes, 600 Degree of Honor Building, 325 Cedar Street, Saint Paul, Minnesota 55101, counsel for Defendant.

---

The above-entitled matter is before the undersigned United States District Judge pursuant to Plaintiff's request for leave to file a motion for reconsideration of the Court's Order of June 17, 2003. Pursuant to this Order, the Court granted Defendant's motion for summary judgment.

Pursuant to Local Rule 7.1(g), a request for leave to file a motion for reconsideration will only be granted upon a showing of "compelling circumstances." Here, Plaintiff contends that compelling circumstances exist to warrant reconsideration of the Court's Order because that Order did not address the issue as to whether Plaintiff was regarded as disabled by Defendant. Defendant asserts that the Court did not make such a claim in her Complaint or in her response to

JUL 23 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendant's motion for summary judgment, and, therefore, that the Court properly granted Defendant's motion without consideration of these factors. The Court agrees.

Specifically, the Court finds that Plaintiff never raised her claim of being "regarded as" having a disability until she submitted this request for leave to file a motion to reconsider. In addition to being raised in this untimely manner, Plaintiff has provided no evidence to support this claim. Thus, the Court finds that compelling circumstances do not exist to warrant reconsideration of its June 17, 2003, Order.

Based upon the submissions of the parties, the record before the Court, and the procedural history of this litigation, the Court hereby enters the following:

**ORDER**

1. Plaintiff's Request for Leave to File a Motion for Reconsideration is **DENIED**.

Dated: July 23, 2003

DONOVAN W. FRANK
Judge of United States District Court