**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kim M. Lundberg,

Plaintiff,

v.

Burlington Northern and
Santa Fe Railway Company,
a corporation,

Defendant.

Civil No. 01-2286 (DWF/JSM)

**MEMORANDUM**
**OPINION AND ORDER**

---

Kim M. Lundberg, *pro se*, 9678 181st Ave. N.W. , Elk River, Minnesota 55330.

Rodney A. Honkanen, Esq., and Scott H. Rauser, Esq., Spence, Ricke, Sweeney & Gernes, 600 Degree of Honor Building, 325 Cedar Street, Saint Paul, Minnesota 55101, counsel for Defendant.

---

The above-entitled matter is before the undersigned United States District Judge pursuant to Plaintiff's self-styled motion to reopen and take further evidence. Prior to the current motion, the Court granted Defendant's motion for summary judgment pursuant to the Court's Order of June 17, 2003. On July 23, 2003, the Court denied Plaintiff's Request for Leave to File a Motion for Reconsideration in this matter. Here, Plaintiff has raised several issues that she asserts were not considered by the Court in the previous proceedings.

The Court has fully considered Plaintiff's assertions at each stage of the litigation. Regardless of whether the Court treats Plaintiff's motion as a renewed motion to reconsider or as a motion to reopen, the result is the same. The Court finds that Plaintiff's arguments do not merit further consideration of the matter.

SEP 05 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Thus, based upon the submissions of the parties, the record before the Court, and the procedural history of this litigation, the Court enters the following:

**ORDER**

1. Plaintiff's Motion to Reopen and Take Further Evidence is **DENIED**.

Dated: September 4, 2003

DONOVAN W. FRANK
Judge of United States District Court